## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Starbuzz Tobacco, Inc., a California corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Fusion Tobacco, Inc., a California corporation, Imad Abdallah, an individual, and DOES 1 through 10, inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**ED CV 09 - 01480 VAP (DTBx)**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): <u>Fusion Tobacco, Inc. and Imad Abdallah</u>

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, <u>Natu J. Patel</u>, whose address is <u>The Patel Law Firm, P.C.  2532 Dupont Drive, Irvine, CA 92612</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**TERRY NAFISI**

Clerk, U.S. District Court

Dated: AUG 5 2009

By: _____

L. MURRAY

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Starbuzz Tobacco, Inc., a California corporation; | Fusion Tobacco, Inc., a California corporation; Imad Abdallah, an individual; DOES 1 through 10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Natu J. Patel, The Patel Law Firm, P.C. 2532 Dupont Drive, Irvine, CA 92612 Telephone: (949) 955-1077 Facsimile: (949) 955-1877 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ To Be Determined At Trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. Section 1051, et. seq. - Trademark Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**ED CV 09 - 01480** VAP (DTBx)

FOR OFFICE USE ONLY:   Case Number:

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

AUG 5 2009

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Starbuzz Tobacco, Inc. - Orange, California |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Fusion Tobacco, Inc. - Riverside, CA<br>Imad Abdallah - Riverside, CA |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| For all claims, Riverside, CA | For all claims, each county and state where Fusion Tobacco, Inc.'s infringing products were sold. |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date August 5, 2009

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

### EDCV09- 1480 VAP (DTBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [X] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Natu J. Patel, SBN 188618
Jason Chuan SBN 261868
**THE PATEL LAW FIRM, P.C.**
2532 Dupont Drive
Irvine, California 92612-1524
Phone:      949.955.1077
Facsimile:   949.955.1877
NPatel@thePatelLawFirm.com
JChuan@thePatelLawFirm.com

Attorneys for Plaintiff,
Starbuzz Tobacco, Inc.,
a California corporation

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

2009 AUG -5 PM 2: 50

FILED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Starbuzz Tobacco, Inc., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Fusion Tobacco, Inc., a California corporation, Imad Abdallah, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: <br><br> **ED CV 09 - 01480** VAP (DTBx) <br><br> **COMPLAINT FOR:** <br><br> 1. **TRADEMARK INFRINGEMENT** (UNDER 15 U.S.C. §1114) <br><br> 2. **TRADEMARK INFRINGEMENT** (UNDER 15 U.S.C. §1125) <br><br> 3. **UNFAIR BUSINESS PRACTICES** (UNDER BUS. & PROF. CODE §17200 ET SEQ.) <br><br> 4. **COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION** |

Plaintiff, Starbuzz Tobacco, Inc. complains and alleges as follows:

**PARTIES**

1.     Plaintiff, Starbuzz Tobacco, Inc. ("Plaintiff"), is a corporation organized and doing business under the laws of the state of California, with its principal place of business in the city of Anaheim, California.   Plaintiff was established in 2005, and since then Plaintiff has been involved in the business and art of creating high quality flavored tobaccos.  Plaintiff does business throughout the United States and internationally under the brand name "STARBUZZ".

2.     Defendant, Fusion Tobacco, Inc. ("Fusion") is now, and at all times relevant herein was a corporation incorporated under the laws of the state of California, with its principal place of business in the state of California, located at 2641 South Main Street, Corona, California 92882.   Among other services, Defendant Fusion manufactures, distributes, and sells tobacco throughout the United States, including California, and internationally.

3.     Defendant, Imad Abdallah ("Abdallah") is an individual who is now, and at all times relevant herein was a citizen or permanent resident of the United States and a citizen of the state of California, who was domiciled in California, was the owner, officer, director, and/or shareholder of Fusion, and maintained a residence and/or principal place of business located in Riverside County.

4.      Defendants Fusion and Abdallah are collectively referred to as "Defendants."

5.      Plaintiff is informed and believes, and on that basis alleges, that Defendants are responsible for each of their acts and for their conduct which are the true legal causes for the damages herein alleged.

## DOE ALLEGATIONS

6.      The true names and capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1 through 10, inclusive, are unknown to Plaintiff at this time, and Plaintiff, therefore, sues said defendants by such fictitious names.  Plaintiff will ask leave of Court to amend this Complaint when the same shall have been ascertained.  Plaintiff is informed and believes and thereon alleges that each DOE defendant was responsible intentionally, or in some other actionable manner, for the events and happenings referred to herein, which proximately caused injury and damage to Plaintiff, as hereinafter alleged.

7.      Plaintiff is informed and believes, and on that basis alleges, that at all times herein mentioned there existed and continues to exist a unity of interest and ownership between Defendants and DOE defendants 1 through 10, such that any individuality and separateness has ceased to exist and Defendants are a mere shell, instrumentality, and conduit through which the other defendants have performed the acts herein complained of.  Adherence to the fiction of the separate existence

between said defendants and adherence to the purported corporate form of Defendants would sanction, fraud and promote injustice in that said defendants would be permitted to avoid legal responsibility for their actions as herein alleged.

8.      Any reference to Defendants shall refer to each named defendant and all DOE defendants, and to each of them.

## JURISDICTION AND VENUE

9.      This Court has original jurisdiction over this action under 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. § 1338, in that this Complaint raises federal questions under the United States Trademark Act (Lanham Act), 15 U.S.C. § 1051 et seq.  The Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

10.     The Court has personal jurisdiction over the Defendants because the Defendants have engaged in business activities in and directed to California and they have committed tortious acts within the state.  Additionally, the Defendants are domiciled in the state of California.   Defendant Fusion is a California corporation with its principal place of business in the Central District of California. Defendant Abdallah is domiciled in the state of California.   Furthermore, Defendants have purposefully availed themselves of the opportunity to conduct commercial activities in this forum.  Plaintiff's Complaint arises out of those commercial activities.

11.     Venue is proper in this district under 28 U.S.C. § 1391 (b) and (c) in that Defendants reside in this district, that substantial injury occurred and continues to occur in this district, and a substantial number of the events on which the claims in this Complaint are based took place in this district.

## AGENCY

12.     At all times herein mentioned each Defendant was the agent, servant, joint venturer, partner or employee of the other Defendants, successor corporations, successors in interest, or entities and, in doing the things herein alleged, was acting within the purpose and scope of said agency or employment at the time of the incident.  All Defendants were acting within the scope and course of that agency and employment and with the knowledge and implied and/or express consent and permission of the other Defendants.

## ALTER EGO

13.     Abdallah is, and at all times relevant hereto was, the president and resident agent of Fusion.  Abdallah maintains such pervasive authority and control over Fusion such that he directs and controls it.

14.     Plaintiff is informed and believes, and on that basis alleges, that there is a unity of interest and ownership between Abdallah and Fusion such that, in fact, separate entities do not exist.  Moreover, Abdallah operates the business to his own benefit with the specific intent of infringing upon Plaintiff's trademarks.

15.     Plaintiff is informed and believes, and on that basis alleges, that the identity of Fusion and Abdallah, are in substance one and the same, and that Fusion is but the alter ego of Abdallah, acting solely as a conduit for the performance of Abdallah's businesses, and as a device to cause harm or prejudice to those dealing with it.

16.     Plaintiff is informed and believes, and on that basis alleges, that Abdallah is the owner of all or substantially all of the stock of Fusion. He acts as the president of Fusion, and is the controlling influence over all of Fusion's affairs.

17.     Plaintiff is informed and believes, and on that basis alleges, that Abdallah ignores the separate existence of the corporation Fusion in numerous ways, including, but not limited to, his failure to conduct regular meetings of shareholders and directors and his failure to obtain the directors' written consent or approval of corporate actions.

18.     If the actions of Fusion are considered alone, an inequitable result will follow such that Abdallah, as president and resident agent, has both directed Fusion to infringe upon Plaintiff's trademarks and has participated in the selection and use of Defendants' infringing trademarks.

19.     Plaintiff is informed and believes, and on that basis alleges, that Abdallah participated in, was aware of, and acquiesced in the deceptive trade

practices of Fusion, and as a violator of the Lanham Act and California Business and Professions Code, would be jointly and severally liable for such violations.

20.    As such, Abdallah's actions are directly attributable to Fusion. Hereinafter, any actions alleged to be conducted by Abdallah are intended to refer to Abdallah individually and on behalf of Fusion.

## INTRODUCTION

21.    This case alleges a straightforward yet egregious claim of trademark infringement and other violations of federal and state law.  It is egregious because Defendants have intentionally used confusingly similar names—"CHRISTMAS MIX", "FUN ON THE BEACH", "SEX ON THE BEACH", "FUSION SENSATION", and "OCEAN MIST" — in their business and confusingly similar logos, labels, and product packaging in blatant disregard of Plaintiff's intellectual property in order to unfairly compete with Plaintiff.

22.    Plaintiff sells and distributes tobacco products under the registered federal trademarks "CHRISTMAS MIX" ® (Reg. No. 3549605), "SEX ON THE BEACH" ® (Reg. No. 2135883), "SEX ON THE BEACH" (Serial No. 77721890), "FRUIT SENSATION" ® (Reg. No. 3540260) and "BLUE MIST" ® (Reg. No. 3619407), as well as the common law trademark "X ON THE BEACH" (collectively referred to as the "Registered Marks").

23.   Plaintiff recently discovered that Defendants were using the Registered Marks or marks similar to the Registered Marks for various tobacco products including, but not limited to, flavored tobacco.   In fact, it appears that Defendants have a habit and pattern of copying Plaintiff's products.   Plaintiff released a few new flavors of tobacco with new names.   Soon thereafter, Defendants released flavors of tobacco with the same and/or similar names to Plaintiff's new products.

24.   Defendants are not affiliated with Plaintiff and do not have Plaintiff's permission to use the Registered Marks or any mark/name/logo confusingly similar to the Registered Marks.

25.   Defendants intentionally use the marks "CHRISTMAS MIX", "FUN ON THE BEACH", "SEX ON THE BEACH", "FUSION SENSATION", and "OCEAN MIST" (collectively referred to as the "Infringing Marks"), to falsely convey to consumers an association with Plaintiff and to unfairly trade and benefit from the reputation and goodwill of Plaintiff's business and the Registered Marks.

26.   Similarly, Defendants are aware that their actions are specifically prohibited and are on notice that Plaintiff has not authorized their actions in any way.

27.     By this Complaint, Plaintiff seeks to prevent deception, consumer confusion, mistake, annoyance, and loss of customer goodwill, and to protect its intellectual property and reputation from intentional infringement.

28.     Plaintiff files this civil action against Defendants for violations of the United States Trademark Act (Lanham Act), 15 U.S.C. § 1051 et seq. and related state and common law claims.

**FACTS**

**PLAINTIFF'S OWNERSHIP OF THE REGISTERED MARKS**

29.     On or about April 29, 2008, Plaintiff filed for registration of the trademark "FRUIT SENSATION" with the United States Patent and Trademark Office (the "USPTO").

30.     "FRUIT SENSATION" is a registered trademark with the USPTO. On December 2, 2008, the USPTO duly and legally issued U.S. Trademark Registration of the "FRUIT SENSATION" ® trademark to Plaintiff, as it relates to Tobacco, Pipe Tobacco, Smoking Tobacco, Flavored Tobacco, and Molasses Tobacco. [International Class: 034 US 002 008 009 017].  Plaintiff received the trademark registration for FRUIT SENSATION:  Registration Number 3,540,260 on the USPTO principal register.  A true and correct copy of the United States Trademark Certificate of Registration is attached hereto as **Exhibit A**.

31.    On or about April 30, 2008, Plaintiff filed for registration of the trademark "CHRISTMAS MIX" with the USPTO.

32.    "CHRISTMAS MIX" is a registered trademark with the USPTO. On or about December 23, 2008, the USPTO duly and legally issued U.S. Trademark Registration of the "CHRISTMAS MIX" ® trademark to Plaintiff, as it relates to Pipe Tobacco, Tobacco, Smoking Tobacco, Flavored Tobacco, and Molasses Tobacco. [International Class: 034 US 002 008 009 017]. Plaintiff received the trademark registration for CHRISTMAS MIX: Registration Number 3,549,605, on the USPTO Principal Register. A true and correct copy of the United States Trademark Certificate of Registration is attached hereto as **Exhibit B**.

33.    On or about November 20, 2008, Plaintiff filed for registration of the trademark "BLUE MIST" with the USPTO.

34.    "BLUE MIST" is a registered trademark with the USPTO. On or about May 12, 2009, the USPTO duly and legally issued U.S. Trademark Registration of the "BLUE MIST" ® trademark to Plaintiff, as it relates to Pipe Tobacco, Tobacco, Smoking Tobacco, Flavored Tobacco, and Molasses Tobacco. [International Class: 034 US 002 008 009 017]. Plaintiff received the trademark registration for BLUE MIST: Registration Number 3,619,407, on the USPTO Principal Register. A true and correct copy of the United States Trademark Certificate of Registration is attached hereto as **Exhibit C**.

35.    On or about February 10, 1998, the trademark "SEX ON THE BEACH" as it relates to Cigars [International Class: 034 US 002 008 009 017], Registration Number 2,135,883, was registered on the USPTO Principal Register. A true and correct copy of the United States Trademark Certificate of Registration is attached hereto as **Exhibit D**.  On or about September 22, 2003, the trademark "SEX ON THE BEACH" achieved an incontestable status.   On or about April 24, 2009, Plaintiff was assigned the entire right and interest to the trademark "SEX ON THE BEACH".  A true and correct copy of the chain of assignments is attached hereto as **Exhibit E**.

36.    Since at least as early as November 2, 2005, Plaintiff has sold and/or distributed products using the trademark "X ON THE BEACH", as it relates to Pipe Tobacco, Tobacco, Smoking Tobacco, Flavored Tobacco, and Molasses Tobacco.

37.    At all times relevant herein, Plaintiff has been, and still is, the owner of the exclusive rights, title, and interest under its respective trademarks in the Registered Marks for tobacco products and has the full and exclusive rights to bring suit to enforce its trademark rights, including the right to recover for past infringement.

///

///

## PLAINTIFF'S CONTINUOUS USE OF ITS TRADEMARK

38.   Plaintiff has grown to become a nationwide leader in the manufacture, distribution, import, wholesale and retail sale of tobacco products throughout the United States and internationally.   Plaintiff prides itself on its reputation for high-quality tobacco products.   Plaintiff's continued goal is to develop new and popular tobacco products while preserving the quality of its products and brand identity.

39.   Plaintiff maintains its own factory and retail center where it focuses on the manufacture of new tobacco products.

40.   Plaintiff sells its tobacco products to thousands of customers and clients, including boutique stores, wholesalers, and suppliers.   Plaintiff has used, created and extensively marketed the Registered Marks continuously over the past four years.   The Registered Marks have brought the Plaintiff enormous success, and Plaintiff is now known for its high quality products.

41.   Plaintiff uses the Registered Marks on advertising brochures, advertising leaflets, on the Internet, and on the packaging of its tobacco products.

42.   Plaintiff's intellectual property and brand identity have substantial image recognition.

43.   The Registered Marks are important and easily-recognized identifiers of the high quality goods Plaintiff offers.   There is a particularly close association among consumers between Plaintiff, the Registered Marks and the quality of the

tobacco products offered under those Registered Marks. For consumers, customers, vendors, and clients, the Registered Marks are associated with original, flavorful, smooth smoking tobacco of the highest quality at an affordable price.

## DEFENDANTS' WRONGFUL ACTS

44. Plaintiff is informed and believes, and on that basis alleges, that Defendants use the Infringing Marks to market and sell their flavored tobacco products. A true and correct copy of a website selling Fusion tobacco products bearing the Infringing Marks is attached hereto as **Exhibit F**.

45. On or about May 12, 2009, Plaintiff specifically objected, through a formal letter, to Defendants Fusion and Abdallah of their unauthorized and improper exploitation of Plaintiff's intellectual property. Plaintiff also requested that Defendants cease and desist from using names similar to the Registered Marks in connection with the marketing and selling of flavored tobacco. A true and correct copy of the formal letter is attached hereto as **Exhibit G**.

46. Despite Plaintiff's notification, Defendants continue to use the Infringing Marks to sell and market their flavored tobacco products.

47. Plaintiff is informed and believes, and on that basis alleges, that given the identical or substantially related category of goods, the Infringing Marks are similar enough to the Registered Marks so as to cause consumers to be confused as to the source of Plaintiff's and Defendants' products.

48.     Plaintiff is informed and believes, and on that basis alleges, that whenever Plaintiff released a new name for a flavor of tobacco, Defendants shortly thereafter released an identical and/or nearly identical name for a flavor of tobacco.

49.     Plaintiff is informed and believes, and on that basis alleges, that tobacco products bearing Fusion's Infringing Marks were and are being advertised, marketed and sold on-line via the Internet and by other local retailers.

50.     Plaintiff is informed and believes, and on that basis alleges, that Defendants offered and continue to offer, sell or distribute their inferior tobacco products bearing the Infringing Marks at a lower price in an attempt to unfairly compete with Plaintiff.

51.     Plaintiff is informed and believes, and on that basis alleges, that Defendants intentionally, and in bad faith, adopted the use of the Infringing Marks to trade on the fame and goodwill associated with the Registered Marks to derive an economic benefit.

52.     Plaintiff is informed and believes, and on that basis alleges, that Defendants intentionally, and in bad faith, copied Plaintiff's product packaging, labels and logos to trade on the fame and goodwill associated with the name to derive an economic benefit.

53.     Defendants knowingly used Plaintiff's trademarks without Plaintiff's consent or authorization.

54.   After damaging Plaintiff's goodwill and diverting Plaintiff's customers, Defendants continue to market products using similar and/or confusingly similar names to further confuse and divert consumers.

55.   Defendants' continued use of product names confusingly similar to the Registered Marks was without authorization.  Plaintiff is further informed and believes, and on that basis alleges, that the Defendants adopted and used the confusingly similar names knowingly for the express purposes of advertising, selling, or soliciting purchasers for Defendants' flavored tobacco.

56.   Since Defendants' goods compete in the same market as Plaintiff's goods, Defendants' use of the Infringing Marks is likely to cause consumer confusion.

57.   Plaintiff and Defendants have convergent marketing channels which are likely to increase consumer confusion.  For example, Plaintiff and Defendants use several of the same retail channels to market, advertise and sell their flavored tobacco products.

58.   Defendants' use of the Infringing Marks is likely to cause (and has caused) confusion, mistake, deception, and loss of customer goodwill.  This likelihood of confusion, mistake, and deception is even greater because both Plaintiff and Defendants are in the tobacco industry and market, distribute and sell tobacco products locally, nationally, and internationally.

59.   Plaintiff is informed and believes, and on that basis alleges, that through their use of the Infringing Marks, Defendants intentionally and with knowledge sought to cause consumer confusion, mistake, and deception.

60.   Defendants' continued use is likely to lead consumers, retailers, wholesalers, and vendors to mistakenly conclude that Defendants' products are exclusively or jointly designed, created and manufactured by, licensed or certified by, or otherwise sponsored or approved by Plaintiff, or that Defendants' products are somehow otherwise affiliated, connected, or associated with Plaintiff. Consumers are likely to be misled and confused as to the true source, sponsorship, or affiliation of the goods.

61.   There is little distinction as to sight, sound, and meaning, between the Infringing Marks and the Registered Marks.

62.   In fact, Defendants are using the trademarks "CHRISTMAS MIX" and "SEX ON THE BEACH" which are identical in appearance, sound and commercial impression to Plaintiff's trademarks "CHRISTMAS MIX" ®, "SEX ON THE BEACH" ® and "X ON THE BEACH". Defendants' use of identical trademarks is likely to cause confusion as to the source of Defendants' and Plaintiff's products.

63.   Defendants are further using "FUN ON THE BEACH", which is similar in appearance, sound and commercial impression to Plaintiff's trademark

"SEX ON THE BEACH" ® and "X ON THE BEACH". The trademarks are so similar as to be likely to cause confusion as to the source of Defendants' and Plaintiff's products.

64.     Defendants are also using "FUSION SENSATION", which is similar in appearance, sound and commercial impression to Plaintiff's trademark "FRUIT SENSATION" ®. The trademarks are so similar as to be likely to cause confusion as to the source of Defendants' and Plaintiff's products.

65.     Defendants further use "OCEAN MIST" which is similar in appearance, sound and commercial impression to Plaintiff's trademark "BLUE MIST" ®. The trademarks are so similar as to be likely to cause confusion as to the source of Defendants' and Plaintiff's products.

66.     There is little distinction as to appearance, sound, and meaning, between the Infringing Marks and Plaintiff's Registered Marks.

67.     Plaintiff is informed and believes, and on that basis alleges, that Defendants use or are preparing to use trademarks other than the aforementioned Infringing Marks which are similar in appearance, sound and commercial impression to Plaintiff's trademarks. Such trademarks would be so similar as to be likely to cause confusion as to the source of Defendants' and Plaintiff's products.

68.    Plaintiff never consented, either orally or in writing, to allow Defendants to use trademarks similar to the Registered Marks for any reason, including the advertising and selling of tobacco or any flavored tobacco.

## FIRST CLAIM FOR RELIEF
### [Trademark Infringement Under Lanham Act 15 U.S.C. §1114]
### (Against All Defendants)

69.    Plaintiff realleges and incorporates by this reference paragraphs 1 through 68, inclusive, of this Complaint as if fully set forth herein.

70.    Defendants' use of the Infringing Marks to promote, market, or sell products or services constitutes trademark infringement pursuant to 15 U.S.C. § 1114.

71.    Defendants have promoted, sold and marketed, and continue to promote, sell and market products bearing the Infringing Marks, which are confusingly similar to Plaintiff's Registered Marks.

72.    Plaintiff is informed and believes, and on that basis alleges, that Abdallah actively participated in the selection and use of the Infringing Marks.

73.    Plaintiff is informed and believes, and on that basis alleges, that Abdallah, intentionally and in bad faith, directed Fusion to, or willfully and intentionally used Fusion to, mimic Plaintiff's trademarks to trade on the fame and goodwill associated with Plaintiff's trademarks to derive an economic benefit.

74.    Plaintiff's Registered Marks are highly distinctive, arbitrary and/or fanciful, and are entitled to strong trademark protection.

75.    Plaintiff's Registered Marks are registered for Pipe Tobacco, Tobacco, Smoking Tobacco, Flavored Tobacco, Molasses Tobacco.    The Defendants have used and continue to use the Infringing Marks to promote, sell, and market Pipe Tobacco, Tobacco, Smoking Tobacco, Flavored Tobacco, Molasses Tobacco in direct competition with Plaintiff.

76.    Defendants' Infringing Marks are similar in appearance and pronunciation to Plaintiff's Registered Marks.

77.    Plaintiff is informed and believes, and on that basis alleges, that consumers were actually confused as to the source of goods bearing the Infringing Marks.

78.    Plaintiff is informed and believes, and on that basis alleges, that Defendants sell their goods throughout the United States through various retail channels, including, but not limited to, retail stores, phone orders and the Internet. Plaintiff sells its goods through various retail channels, including, but not limited to, retail stores, phone orders, mail orders, and the Internet.   Both Plaintiff and Defendants therefore use the same or similar marketing channels.

79.    Plaintiff is informed and believes, and on that basis alleges, that Defendants intentionally and willfully adopted the Infringing Marks in an effort to deceive or cause confusion with the consuming public.

80.    Defendants' attempts to cause confusion, or to cause mistake, or to deceive indicate an intentional and willful infringement upon Plaintiff's Registered Marks.

81.    Defendants' intentional and willful infringement of the Registered Marks has caused and will continue to cause damage to Plaintiff, and is causing irreparable harm to Plaintiff for which there is no adequate remedy at law.

82.    Defendants are directly, contributorily and/or vicariously liable for these actions.

## SECOND CLAIM FOR RELIEF
### [Trademark Infringement - False Designation of Origin Under Lanham Act 15 U.S.C. §1125(a)(1)(A)]
### (Against All Defendants)

83.    Plaintiff realleges and incorporates by this reference paragraphs 1 through 82, inclusive, of this Complaint as if fully set forth herein.

84.    Defendants knowingly and willfully used in commerce, in connection with their services and products, words, terms, names, symbols, or devices, or a combination thereof, which are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with

Plaintiff, or as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial activities by Plaintiff.

85.   Plaintiff is informed and believes, and on that basis alleges, that Abdallah directed Fusion to, or willfully and intentionally used Fusion to, create a false or misleading affiliation, connection, or association between Defendants' goods and services and those goods and services provided by Plaintiff.

86.   Plaintiff is informed and believes, and on that basis alleges, that Abdallah directed Fusion to adopt words, terms, names, symbols, or devices, or a combination thereof which are similar to Plaintiff's trademarks, or willfully and intentionally used Fusion to sell products with words, terms, names, symbols, or devices, or a combination thereof similar to Plaintiff's trademarks.

87.   Defendants' aforesaid acts were done with knowledge of Plaintiff's trademarks, and the fact that use of such words, terms, names, symbols, or devices, or a combination thereof was misleading.

88.   Defendants' intentional and willful infringement of Plaintiff's trademarks has caused and will continue to cause damage to Plaintiff, and is causing irreparable harm to Plaintiff for which there is no adequate remedy at law.

89.   Plaintiff was damaged by these acts in an amount to be proved at trial. Defendants' actions have caused and will continue to cause irreparable harm to

Plaintiff for which there is no adequate remedy at law, thus Plaintiff is also entitled under the Lanham Act to injunctive and equitable relief against Defendants.

90.    Defendants are directly, contributorily, and/ or vicariously liable for these actions.

### THIRD CLAIM FOR RELIEF
### [Unfair Competition – Violation of California Business and Professions Code §17200 et seq.]
### (Against All Defendants)

91.    Plaintiff realleges and incorporates by this reference paragraphs 1 through 90, inclusive, of this Complaint as if fully set forth herein.

92.    Plaintiff is informed and believes, and on that basis alleges, that Defendants' aforesaid acts constitute actionable wrongs under California Business and Professions Code §17200 et seq. in that Defendants' unlawful, unfair or fraudulent use of words, terms, names, symbols, or devices, or a combination thereof which are similar to Plaintiff's trademarks cause a probability of confusion or misunderstanding as to the source, sponsorship, approval, or certification of Plaintiff's and Defendants' goods and services.

93.    Plaintiff is informed and believes, and on that basis alleges, that Defendants offered and continue to offer, sell or distribute their inferior tobacco products bearing words, terms, names, symbols, or devices, or a combination thereof which are similar to Plaintiff's trademarks at a lower price in an attempt to unfairly compete with Plaintiff.

94.   By reason of the foregoing unlawful acts, Defendants have caused, and continues to cause, substantial and irreparable damage and injury to Plaintiff and to the public.  Defendants have benefited from such unlawful conduct, and will continue to carry out such unlawful conduct and to be unjustly enriched thereby unless enjoined by this Court.

95.   As a proximate and direct result of Defendants' acts as herein alleged, Plaintiff has sustained damages in an as yet unascertained amount to be proven at trial.

## FOURTH CLAIM FOR RELIEF
### [Common Law Trademark Infringement and Unfair Competition]
### (Against All Defendants)

96.   Plaintiff realleges and incorporates by this reference paragraphs 1 through 95, inclusive, of this Complaint as if fully set forth herein.

97.   Plaintiff is informed and believes, and based upon such information and belief, alleges that Defendants' aforesaid acts constitute actionable wrongs under the common law in that Defendants' use of the Infringing Marks constitute an infringement and violation of Plaintiff's rights in its trademarks, and creates a likelihood that Plaintiff's customers, potential customers and the public generally will be confused or misled as to the source of goods and services because they are likely to believe that Defendants' business is identical to or affiliated with that of Plaintiff.

98.     By reason of the foregoing unlawful acts, Defendants have caused, and continue to cause, substantial and irreparable damage and injury to Plaintiff and to the public and Defendants have benefited from such unlawful conduct and will continue to carry out such unlawful conduct and to be unjustly enriched thereby unless enjoined by this Court.

99.     As a proximate and direct result of Defendants' acts as herein alleged, Plaintiff has sustained damages in an as yet unascertained amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment against defendants, jointly and severally, as follows:

## ON ALL CLAIMS

1.     That the Court find that Defendants have infringed Plaintiff's intellectual property rights and unfairly competed with Plaintiff;

2.     That judgment be entered for Plaintiff and against Defendants for actual, special, and consequential damages, in an amount to be proven at trial;

3.     That Defendants be required to account for all gains, profits, and advantages from their acts of infringement and for their other violations of Federal, California State, and common law;

4.     A preliminary and permanent injunction enjoining and prohibiting Defendants and their officers, directors, employees, agents, subsidiaries, distributors, dealers, and all persons in active concert or participation with any of them from:

A. Using Plaintiff's trademarks or trade name, or any confusingly similar marks or trade name, including, but not limited to, the names "CHRISTMAS MIX", "SEX ON THE BEACH", "FRUIT SENSATION", "BLUE MIST", and "X ON THE BEACH" in any manner, on or in products, merchandise, or goods, or for purposes of advertising or selling, or soliciting purchases of, products, merchandise, goods or services, or any related activities;

B. Infringing on Plaintiff's trademarks.

C. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (A) to (B) above.

5.     An Order directing the destruction of Defendants' materials bearing Plaintiff's trademarks or trade name, or any confusingly similar marks or trade name, including, but not limited to, the names "CHRISTMAS MIX", "SEX ON THE BEACH", "FRUIT SENSATION", "BLUE MIST", and "X ON THE BEACH", in any manner, on or in products, merchandise, or goods, or for

purposes of advertising or selling, or soliciting purchases of, products, merchandise, goods or services, or any related activities;

6. An order directing the recall from the marketplace of all materials, tobacco, labels, advertising, website links, and literature bearing the infringing designations, bearing Plaintiff's trademarks or trade name, identity, or any confusingly similar marks or trade name, including, but not limited to, the names "CHRISTMAS MIX", "SEX ON THE BEACH", "FRUIT SENSATION", "BLUE MIST", and "X ON THE BEACH", in any manner, on or in products, merchandise, or goods, or for purposes of advertising or selling, or soliciting purchases of, products, merchandise, goods or services, or any related activities;

7. Order Defendants, and their agents, servants and employees and all persons acting in concert with or for them, to file with this Court and serve on Plaintiff within thirty (30) days after service of an injunction, a report in writing under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction;

8. Order Defendants to post corrective advertising and/or press release indicating to the public that Defendants were using a mark confusingly similar to Plaintiff's name, and that Defendants are not affiliated in any way with Plaintiff;

9. Order Defendants to abandon any federal and state trademark applications for the Infringing Marks.

10.     That judgment be entered for Plaintiff and against Defendants for costs incurred in this action,

11.     For pre-judgment interest on any amounts awarded at the maximum legal rate as permitted by law and equity; and

12.     Any other or further relief that the Court deems appropriate, proper, and just.

## AS TO THE FIRST AND SECOND CLAIMS

1.      Plaintiff incorporates by reference the foregoing prayers for relief.

2.      Order an award of the attorney fees and costs of this action, in an amount to be determined at trial, pursuant to 15 U.S.C. § 1117 and other applicable federal and state law;

3.      Order requiring Defendants to disgorge any and all profits received by their use of Plaintiff's intellectual property;

4.      Order an award of treble damages, in an amount to be determined at trial, pursuant to 15 U.S.C. § 1117(b);

5.      Order an award for the maximum statutory damages permitted per type of goods or services sold, offered for sale, or distributed using Plaintiff's intellectual property;

6.      Order an award of attorney's fees and costs as provided by 15 U.S.C. § 1117 (Section 35 of the Lanham Act) or other applicable federal or state law; and

7.      Order an award of punitive damages to be determined at trial.

8.      Such additional and further relief which the court deems just and proper.

DATED: August 5, 2009                    Respectfully Submitted,
                                         THE PATEL LAW FIRM, P.C.


                                  By:    _____
                                         Natu J. Patel,
                                         Attorneys for Plaintiff
                                         Starbuzz Tobacco, Inc.

## **DEMAND FOR TRIAL BY JURY**

Plaintiff STARBUZZ TOBACCO, INC. hereby demands a trial by jury on

all issues raised in the Complaint.


DATED: August 5, 2009

Respectfully Submitted,
THE PATEL LAW FIRM, P.C.


By: _____
Natu J. Patel,
Attorneys for Plaintiff
Starbuzz Tobacco, Inc.

# Exhibit A

Int. Cl.: 34

Prior U.S. Cls.: 2, 8, 9 and 17

**United States Patent and Trademark Office**

Reg. No. 3,540,260
Registered Dec. 2, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# Fruit Sensation

STARBUZZ TOBACCO, INC. (CALIFORNIA COR-
PORATION)
UNIT # A
1889 W. COMMONWEALTH STREET
FULLERTON, CA 92833

FOR: TOBACCO, PIPE TOBACCO, SMOKING
TOBACCO, FLAVORED TOBACCO, MOLASSES TO-
BACCO, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 7-15-2005; IN COMMERCE 7-15-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FRUIT", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-461,384, FILED 4-29-2008.

MICHAEL ENGEL, EXAMINING ATTORNEY

# Exhibit B

Int. Cl.: 34

Prior U.S. Cls.: 2, 8, 9 and 17

**United States Patent and Trademark Office**

Reg. No. 3,549,605

Registered Dec. 23, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# Christmas Mix

STARBUZZ TOBACCO, INC. (CALIFORNIA COR-
PORATION)

UNIT # A

1889 W. COMMONWEALTH STREET

FULLERTON, CA 92833

FOR: PIPE TOBACCO, TOBACCO, SMOKING
TOBACCO, FLAVORED TOBACCO, MOLASSES TO-
BACCO, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 12-20-2005; IN COMMERCE 12-20-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "MIX", APART FROM THE MARK
AS SHOWN.

SER. NO. 77-461,767, FILED 4-30-2008.

MICHAEL ENGEL, EXAMINING ATTORNEY

**Exhibit C**

Int. Cl.: 34

Prior U.S. Cls.: 2, 8, 9 and 17

United States Patent and Trademark Office

Reg. No. 3,619,407
Registered May 12, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# Blue Mist

STARBUZZ TOBACCO, INC. (CALIFORNIA COR-
PORATION)
UNIT #A
1889 W. COMMONWEALTH STREET
FULLERTON, CA 92833

FOR: PIPE TOBACCO, TOBACCO, SMOKING
TOBACCO, FLAVORED TOBACCO, MOLASSES TO-
BACCO, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-619,104, FILED 11-20-2008.

REGINA DRUMMOND, EXAMINING ATTORNEY

# Exhibit D

Int. Cl.: 34

Prior U.S. Cls.: 2, 8, 9 and 17

**United States Patent and Trademark Office**

Reg. No. 2,135,883

Registered Feb. 10, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## SEX ON THE BEACH

GOLDMAN, MARK (UNITED STATES CITI-
ZEN)
172 FIFTH AVENUE
NEW YORK, NY 10010

FOR: CIGARS, IN CLASS 34 (U.S. CLS. 2, 8, 9
AND 17).

FIRST USE 12–31–1996; IN COMMERCE
12–31–1996.

SER. NO. 75–253,125, FILED 3–6–1997.

CYNTHIA TRIPI, EXAMINING ATTORNEY

# Exhibit E

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

| | | | |
|---|---|---|---|
| **Serial #:** 75253125 | **Filing Dt:** 03/06/1997 | **Reg #:** 2135883 | **Reg. Dt:** 02/10/1998 |

**Registrant:** GOLDMAN, MARK
**Mark:** SEX ON THE BEACH

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 2828/0881 | **Received:** 09/24/2003 | **Recorded:** 09/22/2003 | **Pages:** 2 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** GOLDMAN, MARK
   **Exec Dt:** 09/09/2003
   **Entity Type:** INDIVIDUAL
   **Citizenship:** NONE

**Assignee:** GOLDMAN, ALEX
11-22 WELLING COURT
ASTORIA, NEW YORK 11102
   **Entity Type:** INDIVIDUAL
   **Citizenship:** NONE

**Correspondent:** OSTROLENK, FABER, GERB & SOFFEN, LLPO
ROBERT C. FABER
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8403

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 3921/0350 | **Received:** 01/20/2009 | **Recorded:** 01/20/2009 | **Pages:** 3 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** GOLDMAN, ALEX
   **Exec Dt:** 01/17/2009
   **Entity Type:** INDIVIDUAL
   **Citizenship:** NONE

**Assignee:** FUENTE MARKETING LTD.
PALM GROVE HOUSE, PO BOX 438, ROAD TOWN
TORTOLA, VIRGIN ISLANDS, BRITISH 00000
   **Entity Type:** CORPORATION
   **Citizenship:** VIRGIN ISLANDS, BRITISH

**Correspondent:** VIRGINIA L. CARRON
901 NEW YORK AVENUE NW
WASHINGTON, DC 20001-4413

**Domestic rep:** VIRGINIA L. CARRON
901 NEW YORK AVENUE NW
WASHINGTON, DC 20001-4413

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 3976/0663 | **Received:** 04/24/2009 | **Recorded:** 04/24/2009 | **Pages:** 3 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** FUENTE MARKETING LTD.
   **Exec Dt:** 04/04/2009
   **Entity Type:** CORPORATION
   **Citizenship:** VIRGIN ISLANDS, BRITISH

**Assignee:** STARBUZZ TOBACCO, INC.
**DBA/AKA/TA:** AKA STARBUZZ TOBACCO
1889 W. COMMONWEALTH STREET
UNIT # A
FULLERTON, CALIFORNIA 92833
   **Entity Type:** CORPORATION
   **Citizenship:** CALIFORNIA

**Correspondent:** THE PATEL LAW FIRM, P.C.
2532 DUPONT DRIVE
IRVINE, CA 92612-1524

Search Results as of: 07/01/2009 07:49 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

**Exhibit F**

**MAIN MENU**
- Home
- Terms of Use
- Shipping Information
- Order Status
- Contact Us
- ▸ Hookah Information

**HOOKAHS**
- ▸ All Hookahs
- ▸ Shop by Price
- ▸ Top Sellers
- ▸ Premium Hookahs

**SHISHA**
- ▾ All Shisha
- Al Ajamy
- Al Amir
- Al Amir Exotic
- Al-Fakher
- Al Waha
- Fusion
- Golden Layalina
- Havana
- Layalina
- Nakhla
- Saalaam Herbal
- Starbuzz
- Tangiers
- Traditional Tobacco
- ▸ Top Sellers

**CHARCOAL**
- ▸ All Hookah Charcoal
- ▸ Holland Charcoal
- ▸ Japanese Charcoal
- ▸ Natural Charcoal
- ▸ Syrian Charcoal

**ACCESSORIES**
- ▸ Hookah Hoses
- ▸ Hookah Bowls
- ▸ Hookah Tongs
- ▸ Plastic Tips
- ▸ Metal & Glass Screens
- ▸ Foil Sheets
- ▸ Hookah Gaskets
- ▸ Hookah Brushes
- ▸ Replacement Vases
- ▸ Replacement Stems
- ▸ Replacement Trays
- ▸ Argile Wind Covers
- ▸ Hookah Bags / Cases
- ▸ Charcoal Carriers
- ▸ Stem Adapters
- ▸ Stem Plugs
- ▸ Check Valves
- ▸ Hose Components
- ▸ Vase Protectors
- ▸ Vase Lights

**VALUE PACKS**
- ▸ Shisha Value Packs

SHISHA > All Shisha > Fusion

[1-14] 15-28 29-42 43-56 57-70 71-84 85-86  Next

### Apple Cinnamon Fusion Tobacco

Options
Select Size: 250 Gram Box: $17.95
Reg Price $20.00
Our Price $17.95
Product# FuT80
Detailed Info   Qty [ ]  ⊕ BUY NOW!

### Apple Pie Fusion Tobacco
There aren't many things more American than apple pie. The aroma of an apple pie often conjures thoughts of friends and family gathered to enjoy time with one another.
Options
Select Size: 250 Gram Box: $17.95
Reg Price $20.00
Our Price $17.95
Product# FuT66
Detailed Info   Qty [ ]  ⊕ BUY NOW!

### Apple Rose Fusion Tobacco


Options
Select Size: 250 Gram Box: $17.95
Reg Price $20.00
Our Price $17.95
Product# FuT01
Detailed Info   Qty [ ]  ⊕ BUY NOW!

### Apricot Fusion Tobacco

Options
Select Size: 250 Gram Box: $17.95
Reg Price $20.00
Our Price $17.95
Product# FuT49
Detailed Info   Qty [ ]  ⊕ BUY NOW!

### Banana Fusion Tobacco

Options
Select Size: 50 Gram Box: $3.99
Reg Price $5.00
Our Price $3.99
Product# FuT20
Detailed Info   Qty [ ]  ⊕ BUY NOW!

### Black Berries Fusion Tobacco

This flavor tastes more like blackberry syrup than an actual blackberry.
Options
Select Size: 50 Gram Box: $3.99
Reg Price $5.00
Our Price $3.99
Product# FuT50
Detailed Info   Qty [ ]  ⊕ BUY NOW!

### Black Grape Fusion Tobacco

The smell of this shisha has a very deep character. It does not exhibit any hints of a cheap perfume.
Options
Select Size: 250 Gram Box: $17.95
Reg Price $20.00
Our Price $17.95
Product# FuT02
Detailed Info   Qty [ ]  ⊕ BUY NOW!

### Blueberry Fusion Tobacco

Options
Select Size: 50 Gram Box: $3.99
Reg Price $5.00
Our Price $3.99
Product# FuT21
Detailed Info   Qty [ ]  ⊕ BUY NOW!



## MAIN MENU
Home
Terms of Use
Shipping Information
Order Status
Contact Us
▶ Hookah Information

## HOOKAHS
▶ All Hookahs
▶ Shop by Price
▶ Top Sellers
▶ Premium Hookahs

## SHISHA
▼ All Shisha
  Al Alamy
  Al Amir
  Al Amir Exotic
  Al Fakher
  Al Waha
  Fusion
  Golden Layalina
  Havana
  Layalina
  Nakhla
  Saalaam Herbal
  Starbuzz
  Tangiers
  Traditional Tobacco
▶ Top Sellers

## CHARCOAL
▶ All Hookah Charcoal
▶ Holland Charcoal
▶ Japanese Charcoal
▶ Natural Charcoal
▶ Syrian Charcoal

## ACCESSORIES
▶ Hookah Hoses
▶ Hookah Bowls
▶ Hookah Tongs
▶ Plastic Tips
▶ Metal & Glass Screens
▶ Foil Sheets
▶ Hookah Gaskets
▶ Hookah Brushes
▶ Replacement Vases
▶ Replacement Stems
▶ Replacement Trays
▶ Argile Wind Covers
▶ Hookah Bags / Cases
▶ Charcoal Carriers
▶ Stem Adapters
▶ Stem Plugs
▶ Check Valves
▶ Hose Components
▶ Vase Protectors
▶ Vase Lights

## VALUE PACKS
▶ Shisha Value Packs

SHISHA > All Shisha > Fusion

Prev  1-14 [15-28] 29-42 43-56 57-70 71-84 85-86  Next



### Caramel Macchiato Fusion Tobacco

Options
Select Size: 250 Gram Box: $17.95

Reg Price $20.00
Our Price $17.95
Product# FuT40
Detailed Info     Qty [   ]  (+) BUY NOW!

### Champagne Grape Fusion Tobacco

The smell of this shisha is fantastic. It is similar to Welch's White Grape Juice, but with a kick of carbonation and tartness.

Options
Select Size: 250 Gram Box: $17.95

Reg Price $20.00
Our Price $17.95
Product# FuT86
Detailed Info     Qty [   ]  (+) BUY NOW!



### Cherry Fusion Tobacco

There are just some flavors that every hookah enthusiast should own.

Options
Select Size: 50 Grams Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT23
Detailed Info     Qty [   ]  (+) BUY NOW!



### Chocolate Mint Fusion Tobacco

Options
Select Size: 50 Grams Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT41
Detailed Info     Qty [   ]  (+) BUY NOW!



### Chocolate Strawberry Fusion Tobacco

This flavor offers a perfect balance of strawberry and chocolate. The strawberry comes out in the inhale and a hint of chocolate follows on the exhale.

Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT24
Detailed Info     Qty [   ]  (+) BUY NOW!



### Christmas Mix Fusion Tobacco

Options
Select Size: 250 Gram Box: $17.95

Reg Price $20.00
Our Price $17.95
Product# FuT84
Detailed Info     Qty [   ]  (+) BUY NOW!



### Cinnamon Fusion Tobacco

Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT72
Detailed Info     Qty [   ]  (+) BUY NOW!



### Citrus Mint Fusion Tobacco

Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT79
Detailed Info     Qty [   ]  (+) BUY NOW!

SHISHA > All Shisha > Fusion

Prev  1-14 15-28 [29-42] 43-56 57-70 71-84 85-86  Next

## MAIN MENU

- Home
- Terms of Use
- Shipping Information
- Order Status
- Contact Us
- ▶ Hookah Information

## HOOKAHS

- ▶ All Hookahs
- ▶ Shop by Price
- ▶ Top Sellers
- ▶ Premium Hookahs

## SHISHA

- ▼ All Shisha
- Al Alamy
- Al Amir
- Al Amir Exotic
- Al-Fakher
- Al Waha
- Fusion
- Golden Layalina
- Havana
- Layalina
- Nakhla
- Saalaam Herbal
- Starbuzz
- Tangiers
- Traditional Tobacco
- ▶ Top Sellers

## CHARCOAL

- ▶ All Hookah Charcoal
- ▶ Holland Charcoal
- ▶ Japanese Charcoal
- ▶ Natural Charcoal
- ▶ Syrian Charcoal

## ACCESSORIES

- ▶ Hookah Hoses
- ▶ Hookah Bowls
- ▶ Hookah Tongs
- ▶ Plastic Tips
- ▶ Metal & Glass Screens
- ▶ Foil Sheets
- ▶ Hookah Gaskets
- ▶ Hookah Brushes
- ▶ Replacement Vases
- ▶ Replacement Stems
- ▶ Replacement Trays
- ▶ Argile Wind Covers
- ▶ Hookah Bags / Cases
- ▶ Charcoal Carriers
- ▶ Stem Adapters
- ▶ Stem Plugs
- ▶ Check Valves
- ▶ Hose Components
- ▶ Vase Protectors
- ▶ Vase Lights

## VALUE PACKS

- ▶ Shisha Value Packs

---

### Fun On The Beach Fusion Tobacco



This is a fruitier take on the "sex on the beach" flavor. The smell of this shisha is remarkable and it translates well into a thick, flavorful smoke. Distinguishable smells and tastes include orange juice, berries, and a twist of something sour.

Options
Select Size: 250 Gram Box: $17.95

Reg Price $20.00
Our Price $17.95
Product# FuT88
Detailed Info    Qty [ ]    BUY NOW!

---

### Fusion Sensation Fusion Tobacco



Options
Select Size: 250 Gram Box: $17.95

Reg Price $20.00
Our Price $17.95
Product# FuT83
Detailed Info    Qty [ ]  BUY NOW!

---

### Fuzzy Fuzzy Fusion Tobacco



Options
Select Size: 250 Gram Box: $17.95

Reg Price $20.00
Our Price $17.95
Product# FuT90
Detailed Info    Qty [ ]  BUY NOW!

---

### Guava Fusion Tobacco



Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT06
Detailed Info    Qty [ ]  BUY NOW!

---

### Guava Raspberry Fusion Tobacco



Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT25
Detailed Info    Qty [ ]  BUY NOW!

---

### Hawaii Mist Fusion Tobacco



Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT81
Detailed Info    Qty [ ]  BUY NOW!

---

### Hazelnut Fusion Tobacco



Options
Select Size: 250 Gram Box: $17.95

Reg Price $20.00
Our Price $17.95
Product# FuT74
Detailed Info    Qty [ ]  BUY NOW!

---

### Honey Fusion Tobacco



Options
Select Size: 250 Gram Box: $17.95

Reg Price $20.00
Our Price $17.95
Product# FuT26
Detailed Info    Qty [ ]  BUY NOW!



SHISHA > All Shisha > Fusion

Prev  1-14 15-28 29-42 [43-56] 57-70 71-84 85-86  Next

**MAIN MENU**
- Home
- Terms of Use
- Shipping Information
- Order Status
- Contact Us
- ▸ Hookah Information

**HOOKAHS**
- ▸ All Hookahs
- ▸ Shop by Price
- ▸ Top Sellers
- ▸ Premium Hookahs

**SHISHA**
- ▾ All Shisha
- Al Alamy
- Al Amir
- Al Amir Exotic
- Al Fakher
- Al Waha
- Fusion
- Golden Layalina
- Havana
- Layalina
- Nakhla
- Saalaam Herbal
- Starbuzz
- Tangiers
- Traditional Tobacco
- ▸ Top Sellers

**CHARCOAL**
- ▸ All Hookah Charcoal
- ▸ Holland Charcoal
- ▸ Japanese Charcoal
- ▸ Natural Charcoal
- ▸ Syrian Charcoal

**ACCESSORIES**
- ▸ Hookah Hoses
- ▸ Hookah Bowls
- ▸ Hookah Tongs
- ▸ Plastic Tips
- ▸ Metal & Glass Screens
- ▸ Foil Sheets
- ▸ Hookah Gaskets
- ▸ Hookah Brushes
- ▸ Replacement Vases
- ▸ Replacement Stems
- ▸ Replacement Trays
- ▸ Argile Wind Covers
- ▸ Hookah Bags / Cases
- ▸ Charcoal Carriers
- ▸ Stem Adapters
- ▸ Stem Plugs
- ▸ Check Valves
- ▸ Hose Components
- ▸ Vase Protectors
- ▸ Vase Lights

**VALUE PACKS**
- ▸ Shisha Value Packs

---

**Lemon Mint Fusion Tobacco**
Options
Select Size: 50 Gram Box: $3.99
Reg Price $5.00
Our Price $3.99
Product# FuT11
Detailed Info   Qty

**Mandarin Fusion Tobacco**
Options
Select Size: 250 Gram Tin: $17.95
Reg Price $20.00
Our Price $17.95
Product# FuT68
Detailed Info   Qty

**Mango Fusion Tobacco**
Options
Select Size: 50 Gram Box: $3.99
Reg Price $5.00
Our Price $3.99
Product# FuT12
Detailed Info   Qty

**Mango Raspberry Fusion Tobacco**
Options
Select Size: 50 Gram Box: $3.99
Reg Price $5.00
Our Price $3.99
Product# FuT13
Detailed Info   Qty

**Margarita Fusion Tobacco**
Options
Select Size: 50 Gram Box: $3.99
Reg Price $5.00
Our Price $3.99
Product# FuT43
Detailed Info   Qty

**Melon Mint Fusion Tobacco**
Options
Select Size: 250 Gram Box: $17.95
Reg Price $20.00
Our Price $17.95
Product# FuT85
Detailed Info   Qty

**Miami Beach Fusion Tobacco**
Options
Select Size: 50 Gram Box: $3.99
Reg Price $5.00
Our Price $3.99
Product# FuT56
Detailed Info   Qty

**Miami Vice Fusion Tobacco**
Options
Select Size: 50 Gram Box: $3.99
Reg Price $5.00
Our Price $3.99
Product# FuT71
Detailed Info   Qty

**MAIN MENU**
- Home
- Terms of Use
- Shipping Information
- Order Status
- Contact Us
- ▶ Hookah Information

**HOOKAHS**
- ▶ All Hookahs
- ▶ Shop by Price
- ▶ Top Sellers
- ▶ Premium Hookahs

**SHISHA**
- ▶ All Shisha
- Al Ajamy
- Al Amir
- Al Amir Exotic
- Al Fakher
- Al Waha
- Fusion
- Golden Lavalina
- Havana
- Lavalina
- Nakhla
- Saalaam Herbal
- Starbuzz
- Tangiers
- Traditional Tobacco
- ▶ Top Sellers

**CHARCOAL**
- ▶ All Hookah Charcoal
- ▶ Holland Charcoal
- ▶ Japanese Charcoal
- ▶ Natural Charcoal
- ▶ Syrian Charcoal

**ACCESSORIES**
- ▶ Hookah Hoses
- ▶ Hookah Bowls
- ▶ Hookah Tongs
- ▶ Plastic Tips
- ▶ Metal & Glass Screens
- ▶ Foil Sheets
- ▶ Hookah Gaskets
- ▶ Hookah Brushes
- ▶ Replacement Vases
- ▶ Replacement Stems
- ▶ Replacement Trays
- ▶ Argile Wind Covers
- ▶ Hookah Bags / Cases
- ▶ Charcoal Carriers
- ▶ Stem Adapters
- ▶ Stem Plugs
- ▶ Check Valves
- ▶ Hose Components
- ▶ Vase Protectors
- ▶ Vase Lights

**VALUE PACKS**
- ▶ Shisha Value Packs

SHISHA > All Shisha > Fusion

Prev  1-14 15-28 29-42 43-56 [57-70] 71-84 85-86  Next

---

### Papaya Raspberry Fusion Tobacco



This shisha is an interesting one. While there is a slight accent of berry, it doesn't really taste like a papaya raspberry mix.

Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# **FuT30**
Detailed Info    Qty [    ] ⊕ BUY NOW!

---

### Passion Fruit Fusion Tobacco



Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# **FuT62**
Detailed Info    Qty [    ] ⊕ BUY NOW!

---

### Pina Colada Fusion Tobacco



Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# **FuT54**
Detailed Info    Qty [    ] ⊕ BUY NOW!

---

### Pineapple Fusion Tobacco



Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# **FuT31**
Detailed Info    Qty [    ] ⊕ BUY NOW!

---

### Plum Fusion Tobacco



Options
Select Size: 250 Gram Box: $17.95

Reg Price $20.00
Our Price $17.95
Product# **FuT55**
Detailed Info    Qty [    ] ⊕ BUY NOW!

---

### Raspberry Fusion Tobacco



Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# **FuT32**
Detailed Info    Qty [    ] ⊕ BUY NOW!

---

### Red Grapefruit Fusion Tobacco



Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# **FuT76**
Detailed Info    Qty [    ] ⊕ BUY NOW!

---

### Rose Fusion Tobacco



Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# **FuT65**
Detailed Info    Qty [    ] ⊕ BUY NOW!

**MAIN MENU**
- Home
- Terms of Use
- Shipping Information
- Order Status
- Contact Us
- ▶ Hookah Information

**HOOKAHS**
- ▶ All Hookahs
- ▶ Shop by Price
- ▶ Top Sellers
- ▶ Premium Hookahs

**SHISHA**
- ▼ All Shisha
  - Al Alamy
  - Al Amir
  - Al Amir Exotic
  - Al Fakher
  - Al Waha
  - Fusion
  - Golden Layalina
  - Havana
  - Layalina
  - Nakhla
  - Saalaam Herbal
  - Starbuzz
  - Tangiers
  - Traditional Tobacco
  - ▶ Top Sellers

**CHARCOAL**
- ▶ All Hookah Charcoal
- ▶ Holland Charcoal
- ▶ Japanese Charcoal
- ▶ Natural Charcoal
- ▶ Syrian Charcoal

**ACCESSORIES**
- ▶ Hookah Hoses
- ▶ Hookah Bowls
- ▶ Hookah Tongs
- ▶ Plastic Tips
- ▶ Metal & Glass Screens
- ▶ Foil Sheets
- ▶ Hookah Gaskets
- ▶ Hookah Brushes
- ▶ Replacement Vases
- ▶ Replacement Stems
- ▶ Replacement Trays
- ▶ Argile Wind Covers
- ▶ Hookah Bags / Cases
- ▶ Charcoal Carriers
- ▶ Stem Adapters
- ▶ Stem Plugs
- ▶ Check Valves
- ▶ Hose Components
- ▶ Vase Protectors
- ▶ Vase Lights

**VALUE PACKS**
- ▶ Shisha Value Packs

SHISHA > All Shisha > Fusion

Prev  1-14 15-28 29-42 43-56 57-70 [71-84] 85-86  Next



### Strawberry Fusion Tobacco

Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT17
Detailed Info    Qty [   ]  BUY NOW!

### Strawberry Margarita Fusion Tobacco

Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT46
Detailed Info    Qty [   ]  BUY NOW!



### Sweet Cranberry Fusion Tobacco

Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT77
Detailed Info    Qty [   ]  BUY NOW!

### Sweet Melon Fusion Tobacco

Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT18
Detailed Info    Qty [   ]  BUY NOW!



### Sweet Pomegranate Fusion Tobacco

Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT14
Detailed Info    Qty [   ]  BUY NOW!



### Tropical Fusion Tobacco

Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT45
Detailed Info    Qty [   ]  BUY NOW!



### Tutti Fruiti Fusion Tobacco

Options
Select Size: 50 Gram Box: $3.99

Reg Price $5.00
Our Price $3.99
Product# FuT33
Detailed Info    Qty [   ]  BUY NOW!



### Valentine Fusion Tobacco

This is an interesting flavor, because the smell is a little strange straight out of the package. It smells like roses with their vegetative stems.

Options
Select Size: 250 Gram Box: $17.95

Reg Price $20.00
Our Price $17.95
Product# FuT87
Detailed Info    Qty [   ]  BUY NOW!

**MAIN MENU**
- Home
- Terms of Use
- Shipping Information
- Order Status
- Contact Us
- ▶ Hookah Information

**HOOKAHS**
- ▶ All Hookahs
- ▶ Shop by Price
- ▶ Top Sellers
- ▶ Premium Hookahs

**SHISHA**
- ▶ All Shisha
- Al Alamy
- Al Amir
- Al Amir Exotic
- Al Fakher
- Al Waha
- Fusion
- Golden Lavalina
- Havana
- Lavalina
- Nakhla
- Saalaam Herbal
- Starbuzz
- Tanglers
- Traditional Tobacco
- ▶ Top Sellers

**CHARCOAL**
- ▶ All Hookah Charcoal
- ▶ Holland Charcoal
- ▶ Japanese Charcoal
- ▶ Natural Charcoal
- ▶ Syrian Charcoal

**ACCESSORIES**
- ▶ Hookah Hoses
- ▶ Hookah Bowls
- ▶ Hookah Tongs
- ▶ Plastic Tips
- ▶ Metal & Glass Screens
- ▶ Foil Sheets
- ▶ Hookah Gaskets
- ▶ Hookah Brushes
- ▶ Replacement Vases
- ▶ Replacement Stems
- ▶ Replacement Trays
- ▶ Argile Wind Covers
- ▶ Hookah Bags / Cases
- ▶ Charcoal Carriers
- ▶ Stem Adapters
- ▶ Stem Plugs
- ▶ Check Valves
- ▶ Hose Components
- ▶ Vase Protectors
- ▶ Vase Lights

**VALUE PACKS**
- ▶ Shisha Value Packs

SHISHA > All Shisha > Fusion

Prev  1-14 15-28 29-42 43-56 57-70 71-84 [85-86]



| Wild Berry Mint Fusion Tobacco | Wild Mint Fusion Tobacco |
|---|---|
| **Options** | **Options** |
| Select Size: 250 Gram Box: $17.95 | Select Size: 50 Gram Box: $3.99 |
| Reg. Price $20.00 | Reg. Price $5.00 |
| **Our Price $17.95** | **Our Price $3.99** |
| Product # FuT37  Detailed Info  Qty [ ] ⊕ BuyNOW! | Product # FuT4B  Detailed Info  Qty [ ] ⊕ BuyNOW! |

Prev  1-14 15-28 29-42 43-56 57-70 71-84 [85-86]



HOOKAHS
SHISHA
CHARCOAL
ACCESSORIES
VALUE PACKS

Search    Home | Contact Us | FAQ | View Cart | Member Login

**MAIN MENU**
Home
Terms of Use
Shipping Information
Order Status
Contact Us

**HOOKAHS**
▶ All Hookahs

**SHISHA**
▼ All Shisha
  Al Ajamy
  Al Amir
  Al Amir Exotic
  Al Fakher
  Al Waha
  Fusion
  Golden Layalina
  Layalina
  Nakhla
  Saalaam Herbal
  Starbuzz
  Tangiers
  Traditional Tobacco
▶ Top Sellers

**CHARCOAL**
▶ All Hookah Charcoal

**ACCESSORIES**
▶ Hookah Hoses
▶ Hookah Bowls
▶ Hookah Tongs
▶ Plastic Tips
▶ Metal & Glass Screens
▶ Foil Sheets
▶ Hookah Gaskets
▶ Hookah Brushes
▶ Replacement Vases
▶ Replacement Stems
▶ Replacement Trays
▶ Argile Wind Covers
▶ Hookah Bags / Cases
▶ Stem Adapters
▶ Stem Plugs
▶ Check Valves
▶ Hose Components
▶ Vase Protectors
▶ Vase Lights

SHISHA > All Shisha > Fusion

**Christmas Mix Fusion Tobacco**

Holiday mixes aren't usually very tempting to try. Some of them taste like a mix of pine trees, candy canes, and a hint of Santa's sleigh if it were set on fire. The smell of this shisha doesn't ease the apprehension either. It smells like a Christmas tree. However, there are some other scents such as cinnamon, cookie dough, and berries that are recognizable as well. Like other Fusion flavors, Christmas Mix comes with finely chopped natural leaf tobacco and a high moisture level. The flavor that comes out in the smoke is pretty well balanced. It actually gives you a real sense of Christmas. This flavor produces huge clouds of smoke and has good longevity. Overall, this flavor is a good one. It offers a sweet well-balanced mix and all of the fondness of Christmas.



Product# FuT84
[Back]                                                          Click here to login

[Home] [Terms of Use] [Shipping Information] [Order Status] [Contact Us]
Copyright 2008 Hookah Company. All Rights Reserved. | Sitemap



HOOKAHS
SHISHA
CHARCOAL
ACCESSORIES
VALUE PACKS

760 479 1470

| Search | Home | Contact Us | FAQ | View Cart | Member Login |

SHISHA > All Shisha > Fusion

**MAIN MENU**
Home
Terms of Use
Shipping Information
Order Status
Contact Us

**HOOKAHS**
▶ All Hookahs

**SHISHA**
▼ All Shisha
  Al Ajamy
  Al Amir
  Al Amir Exotic
  Al Fakher
  Al Waha
  Fusion
  Golden Lavalina
  Lavalina
  Nakhla
  Saalaam Herbal
  Starbuzz
  Tangiers
  Traditional Tobacco
▶ Top Sellers

**CHARCOAL**
▶ All Hookah Charcoal

**ACCESSORIES**
▶ Hookah Hoses
▶ Hookah Bowls
▶ Hookah Tongs
▶ Plastic Tips
▶ Metal & Glass Screens
▶ Foil Sheets
▶ Hookah Gaskets
▶ Hookah Brushes
▶ Replacement Vases
▶ Replacement Stems
▶ Replacement Trays
▶ Argile Wind Covers
▶ Hookah Bags / Cases
▶ Stem Adapters
▶ Stem Plugs
▶ Check Valves
▶ Hose Components
▶ Vase Protectors
▶ Vase Lights

### Fun On The Beach Fusion Tobacco

This is a fruitier take on the "sex on the beach" flavor. The smell of this shisha is remarkable and it translates well into a thick, flavorful smoke. Distinguishable smells and tastes include orange juice, berries, and a twist of something sour. This is a nice blend that isn't overloaded with any particular flavor like some of the other "sex on the beach" flavors, which are often overloaded with peach, cranberry, or orange. This flavor is also extremely moist and lasts much longer than the majority of flavors on the market. Overall, this is a relaxing well balance mix that can be smoked often.



Product # FuT88

[Back]                                                    Click here to login.

[Home] [Terms of Use] [Shipping Information] [Order Status] [Contact Us]

Copyright 2008 Hookah Company. All Rights Reserved. | Sitemap



SHISHA > All Shisha > Fusion

**Fusion Sensation Fusion Tobacco**

**MAIN MENU**
Home
Terms of Use
Shipping Information
Order Status
Contact Us

**HOOKAHS**
All Hookahs

**SHISHA**
All Shisha
Al Ajamy
Al Amir
Al Amir Exotic
Al Fakher
Al Waha
Fusion
Golden Lavalina
Lavalina
Nakhla
Saalaam Herbal
Starbuzz
Tangiers
Traditional Tobacco
Top Sellers

**CHARCOAL**
All Hookah Charcoal

**ACCESSORIES**
Hookah Hoses
Hookah Bowls
Hookah Tongs
Plastic Tips
Metal & Glass Screens
Foil Sheets
Hookah Gaskets
Hookah Brushes
Replacement Vases
Replacement Stems
Replacement Trays
Argile Wind Covers
Hookah Bags / Cases
Stem Adapters
Stem Plugs
Check Valves
Hose Components
Vase Protectors
Vase Lights

Product# FuT83
[Back]                                              Click here to login.

[Home] [Terms of Use] [Shipping Information] [Order Status] [Contact Us]
Copyright 2008 Hookah Company. All Rights Reserved. [Sitemap]



**MAIN MENU**
- Home
- Terms of Use
- Shipping Information
- Order Status
- Contact Us

**HOOKAHS**
- All Hookahs

**SHISHA**
- All Shisha
- Al Ajamy
- Al Amir
- Al Amir Exotic
- Al Fakher
- Al Waha
- Fusion
- Golden Lavalina
- Lavalina
- Nakhla
- Saalaam Herbal
- Starbuzz
- Tangiers
- Traditional Tobacco
- Top Sellers

**CHARCOAL**
- All Hookah Charcoal

**ACCESSORIES**
- Hookah Hoses
- Hookah Bowls
- Hookah Tongs
- Plastic Tips
- Metal & Glass Screens
- Foil Sheets
- Hookah Gaskets
- Hookah Brushes
- Replacement Vases
- Replacement Stems
- Replacement Trays
- Argile Wind Covers
- Hookah Bags / Cases
- Stem Adapters
- Stem Plugs
- Check Valves
- Hose Components
- Vase Protectors
- Vase Lights

**Ocean Mist Fusion Tobacco**



Product# FuT93

[Back]

Click here to login

Copyright 2008 Hookah Company. All Rights Reserved. [Sitemap]



Search

Home | Contact Us | FAQ | View Cart | Member Login

SHISHA > All Shisha > Fusion

**Sex On The Beach Fusion Tobacco**

**MAIN MENU**
Home
Terms of Use
Shipping Information
Order Status
Contact Us

**HOOKAHS**
▶ All Hookahs

**SHISHA**
▽ All Shisha
 Al Ajamy
 Al Amir
 Al Amir Exotic
 Al Fakher
 Al Waha
 Fusion
 Golden Layalina
 Layalina
 Nakhla
 Saalaam Herbal
 Starbuzz
 Tangiers
 Traditional Tobacco
▶ Top Sellers

**CHARCOAL**
▶ All Hookah Charcoal

**ACCESSORIES**
▶ Hookah Hoses
▶ Hookah Bowls
▶ Hookah Tongs
▶ Plastic Tips
▶ Metal & Glass Screens
▶ Foil Sheets
▶ Hookah Gaskets
▶ Hookah Brushes
▶ Replacement Vases
▶ Replacement Stems
▶ Replacement Trays
▶ Argile Wind Covers
▶ Hookah Bags / Cases
▶ Stem Adapters
▶ Stem Plugs
▶ Check Valves
▶ Hose Components
▶ Vase Protectors
▶ Vase Lights



Product # FuT89
[Back]                                          Click here to login.

Copyright 2008 Hookah Company. All Rights Reserved. | Sitemap

http://wholesale-hookah.com/sex_on_the_beach_fusion_tobacco_3701_pr...          6/30/2009 11:39 AM

# Exhibit G

# The Patel Law Firm
### A Professional Corporation

2532 Dupont Drive, Irvine, California 92612
Tel: (949) 955-1077 - Fax: (949) 955-1877
NPatel@thePatelLawFirm.com

May 12, 2009

**VIA U.S. MAIL**

Mr. Imad Abdallah
Fusion Tobacco, Inc.
2641 S Main St
Corona, CA 92882

RE:     Infringement of Starbuzz Trademarks

Dear Mr. Abdallah:

We represent Starbuzz Tobacco, Inc. ("Starbuzz") in connection with its ownership rights in its trademarks. Starbuzz provides a wide range of tobacco and tobacco products, including pipe tobacco, smoking tobacco, molasses tobacco and flavored tobacco.

Our client is the owner of the following federal trademark registrations and applications in International Class 034, (collectively the "Trademarks"):

| MARK | Registration or Serial Number |
| --- | --- |
| "SEX ON THE BEACH" | Registration No. 2135883 |
| "X ON THE BEACH" | Serial No. 77461834 |
| "FRUIT SENSATION" | Registration No. 3540260 |
| "WILDBERRY MINT" | Serial No. 77667760 |
| "GUAVA" | Serial No. 77680924 |
| "WILD MINT" | Serial No. 77698843 |
| "CARAMEL MACCHIATOO" | Serial No. 77699131 |

1

Mr. Imad Abdallah
Fusion Tobacco, Inc.
Re: Infringement of Starbuzz Trademarks

May 12, 2009

| "DOUBLE APPLE" | Serial No. 77698743 |
|---|---|
| "CITRUS MIST" | Serial No. 77699076 |
| "WHITE PEACH" | Serial No. 77667760 |
| "BLACKGRAPE" | Serial No. 77698997 |
| "EXOTIC HONEYBERRY" | Serial No. 77698616 |
| "EXOTIC MARGARITA" | Serial No. 77698574 |

Starbuzz has been using the Trademarks in connection with tobacco for many years. As you may know, Starbuzz's premium tobacco is well known for its superior flavor, packaging, and quality. As a result of extensive and continuous use in commerce, the Trademarks are not only inherently distinctive, but have acquired tremendous goodwill among tobacco consumers, and serve primarily as the designator of the origin of Starbuzz's products.

We have recently discovered that you have used and/or are using "FUN ON THE BEACH", "SEX ON THE BEACH", "FRUIT SENSATION", "WILD BERRY MINT", "GUAVA", "WILD MINT", "CARAMEL MACCHIATO", "DOUBLE APPLE", "CITRUS MIST", "WHITE PEACH", "BLACK GRAPE", "HONEY BERRY" and "MARGARITA" as trademarks (the "Infringing Marks") in connection with your tobacco, and that you are offering products bearing the Infringing Marks (the "Infringing Products") through various online retailers such as Hookah Company (www.hookahcompany.com), Hookah Central (www.hookah-shisha.com) and World Hookah (www.worldhookah.com). The Infringing Marks are the same in sound, appearance, and commercial impression as the Trademarks. Your use of the Infringing Marks is therefore likely to cause confusion, mistake, or deception amongst consumers as to the source and/or sponsorship of the Infringing Products. Accordingly, your use of the Infringing Marks constitutes infringement of the Trademarks, as well as unfair competition in violation of the Lanham Act (15 U.S.C. § 1051, *et. seq.*) and the common law.

It is not enough to have invented the mark first or even to have registered it first; the party claiming ownership must have been the first to actually use the mark in the sale of goods or services. Accordingly, ownership of an unregistered trademark, like ownership of a registered mark, is sufficient to establish standing under the Lanham Act. *Halicki Films v. Sanderson Sales and Marketing*, 547 F.3d 1213, 1226 (9th Cir. 2008). Starbuzz has distributed and sold its products bearing the Starbuzz and other Trademarks nationwide and over the Internet, before your use in commerce, and has thus gained common law rights. Additionally, it is clear from the Secretary of State records that Fusion Tobacco, Inc. was incorporated only in 2007, and therefore did not

2

Mr. Imad Abdallah
Fusion Tobacco, Inc.
Re: Infringement of Starbuzz Trademarks

May 12, 2009

use the Infringing Marks until after Starbuzz had used the Trademarks in commerce. Starbuzz therefore has priority to the Trademarks and has standing to pursue claims under the Lanham Act.

Furthermore, your use of the Infringing Marks impairs Starbuzz's reputation for quality tobacco products, thereby diluting the distinctiveness of the Trademarks and jeopardizing the goodwill therein, which Starbuzz has developed at great cost and effort over the years. We therefore **demand** that you cease and desist all use of the Infringing Marks as trademarks for or in connection with your products.

In addition, we demand that you immediately:

(i)     destroy all Infringing Products in your inventory;

(ii)    remove all references to the Infringing Products from all of your website(s) and advertising and promotional materials;

(iii)   provide us with a list of any and all retail outlets to whom you have sold and/or distributed the infringing products;

(iv)    inform any and all such retail outlets to immediately withdraw any and all such infringing products from their inventory and to destroy same;

(v)     provide an accounting of:

   (a)  the entire inventory of Infringing Products, labels, advertising, packaging and/or any other materials that have ever been manufactured by or for you bearing the Infringing Marks;

   (b)  the inventory of Infringing Products, labels, advertising, packaging and/or other materials remaining in stock and being destroyed in accordance with this demand;

   (c)  the inventory of Infringing Products distributed by you prior to the receipt of this demand; and

   (d)  the revenues generated in connection with the Infringing Products; and

(vi)    pay our client's monetary damages and attorney's fees for your deliberate infringement of our client's rights (the amount to be determined).

It is our intention to resolve this matter expeditiously and amicably. However, if you do not comply with our demands on or before **May 22, 2009**, our client intends to take all necessary steps to protect its rights.

Please note that all of Starbuzz's rights, remedies, legal and factual positions, above and beyond those stated herein, are expressly reserved. If you have any questions, or concerns, please feel free to call me.

Very truly yours,
THE PATEL LAW FIRM, P.C.

Natu J. Patel

NJP/JC/nm

3