# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| Starbuzz Tobacco, Inc., a California corporation, | ) Case No.: EDCV09-01480 VAP (DTBx)<br>) Honorable Judge Virginia A. Phillips<br>) |
| Plaintiff, | ) **PERMANENT INJUNCTION** |
| vs. | )<br>)<br>)<br>) |
| Fusion Tobacco, Inc., a California corporation, Imad Abdallah, an individual, and DOES 1 through 10, inclusive, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>)<br>)<br>) |

Plaintiff STARBUZZ TOBACCO, INC. and Defendants FUSION

TOBACCO, INC. and EMAD ABDALLAH (incorrectly sued as IMAD

ABDALLAH) hereby agree and stipulate to the Court's entry of a permanent

injunction against Defendants and in favor of Plaintiff.

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter, having come before the Court upon the stipulation of the

Parties, the Parties having agreed to the entry of this permanent injunction as a

condition for the dismissal with prejudice of this action, and the Court being

otherwise fully advised in the premises.

**WHEREAS**, Plaintiff, Starbuzz Tobacco, Inc. ("Starbuzz") has alleged

various causes of action including, but not limited to, trademark infringement and

unfair competition, as identified in the Complaint filed in this case;

**WHEREAS**, By entering into this Stipulated Permanent Injunction,

Defendants Fusion Tobacco, Inc., Emad Abdallah (collectively, "Defendants") do

not admit or deny any wrongdoing or liability as to the claims asserted in the

Complaint;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

Defendants, and their officers, directors, owners, partners, employees, agents,

assigns, and representatives, are hereby permanently and forever enjoined from

using the trademarks "SEX ON THE BEACH", "FUN ON THE BEACH", "X ON

THE BEACH", "FUSION SENSATION", "OCEAN MIST", "CHRISTMAS

MIX", "WHITE PEACH", "SWEET MELON", "WILD MINT", "BLUE MIST",

"HAWAIIAN MIST", and "CITRUS MINT", any names and/or logos identified in

the Complaint filed in this case, or any names, phrases, or logos confusingly

[PROPOSED] PERMANENT INJUNCTION

similar thereto as provided under the Lanham Act, alone or in combination with

tobacco or tobacco related products (the "Injunction").

**IT IS FURTHER ORDERED** that this Order shall issue and be enforceable

without the posting of security by Starbuzz, pursuant to Federal Rules of Civil

Procedure 65(c).

**IT IS FURTHER ORDERED** that this Injunction shall be deemed to have

been served upon the Defendants and each of them at the time of its execution by

the Court.

**IT IS FURTHER ORDERED** that the Injunction shall become effective as

of May 27, 2010 and, pursuant to Rule 54(a) of the Federal Rules of Civil

Procedure, the Court directs entry of this Injunction against the Defendants

effective as of May 27, 2010.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this

action to entertain such further proceedings and to enter such further orders as may

be necessary or appropriate to implement and enforce the provisions of this

Injunction.

**IT IS SO ORDERED**

DATED: _April 09, 2010__            _____

                                    Honorable Virginia A. Phillips
                                    United States District Judge

[PROPOSED] PERMANENT INJUNCTION