**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| Starbuzz Tobacco, Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Fusion Tobacco, Inc., a California corporation, Imad Abdallah, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: EDCV09-01480 VAP (DTBx)<br>Honorable Judge Virginia A. Phillips<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court with respect to the SETTLEMENT AGREEMENT AND MUTUAL RELEASE ("Settlement Agreement") entered

into by and between Plaintiff, Starbuzz Tobacco, Inc. ("Plaintiff") and Defendants, Fusion Tobacco, Inc. and Emad Abdallah (incorrectly sued as Imad Abdallah) (collectively "Defendants"), and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's complaint is DISMISSED with prejudice as to Defendants Fusion Tobacco, Inc., and Emad Abdallah (incorrectly sued as Imad Abdallah), as otherwise provided in the Settlement Agreement, without costs, interest or sanctions to any party.

**IT IS SO ORDERED**

DATED: _May 11, 2010______

Virginia A. Phillips
________________________________
Honorable Virginia A. Phillips
United States District Court Judge